MORRIS E. JACOBS, Respondent, *v.* JULIUS A. BERNSTEIN et al., Appellants.

*Jacobs* v. *Bernstein*, 156 App. Div. 263, affirmed.
(Submitted June 8, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 21, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action brought to recover for goods sold and delivered by plaintiff's assignor to the defendants and also to recover the same sum on an independent agreement made by the defendants to pay the said sum directly

to the plaintiff as and when it became due. The answer denied the independent agreement and set forth a counterclaim asserted by defendants against plaintiff's assignor which defendants sought to set off against plaintiff's claim.

*Samuel Meyers* and *Henry Siegrist* for appellants.

*Walter J. Rosenstein* and *Otto Horwitz* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, COLLIN, MILLER and CARDOZO, JJ.